UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES JONES, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV00702 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Movant James Jones Motion for a Certificate of Appealability [ECF No. 59].

Movant filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody.  On August 30, 2012, the Court entered an order denying Movant's motion.  In that same order, the Court determined not to issue a certificate of appealability as to any claims raised in the Movant's § 2255 Motion.

A certificate of appealability will be issued "only if the applicant has made a substantial showing of the denial of a constitutional right" and has "indicate[d] which specific issue or issues satisfy the showing required."  28 U.S.C. § 2253(c)(2) & (3).  Additionally, the movant must demonstrate that "issues are debatable among reasonable jurists; a court could resolve the issues differently; or the issues deserve further proceedings."  *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).  As the Court concluded in its August 30, 2012 order, Movant has not met this standard.  Therefore, Movant's request for a certificate of appealability is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's Motion for Certificate of Appealability

[ECF No. 59] is **DENIED.**

Dated this ___30th___ day of October, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE